

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00307-CV

| | | |
|---|---|---|
| NORBERT BOLDA, Appellant | § | On Appeal from the 367th District Court |
| | § | of Denton County (15-10814-367) |
| V. | § | November 27, 2019 |
| CLIVALLER BOLDA, Appellee | § | Opinion by Justice Womack |

## JUDGMENT ON REHEARING

After reviewing appellant Norbert Bolda's motion for rehearing and appellee Clivaller Bolda's response, we deny the motion. We withdraw our August 28, 2019 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Norbert Bolda shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack